**STATE of Missouri, Respondent,**

v.

**James L. GREATHOUSE, Appellant.**

**No. 41173.**

Missouri Court of Appeals,
Western District.

Sept. 19, 1989.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Oct. 31, 1989.

Sean D. O'Brien, Public Defender, John L. Vohs, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before KENNEDY, P.J., and
TURNAGE and BERREY, JJ.

### ORDER

PER CURIAM.

Appeal from conviction of stealing, § 570.030, RSMo 1986, and from sentence of seven (7) years imprisonment.

Affirmed. Rule 30.25(b).